In the Matter of Charles DRESCHLER, Bankrupt.

Charles L. McCORMICK v. Charles DRESCHLER.

No. 6182.

Circuit Court of Appeals, Seventh Circuit.

Oct. 14, 1937.

Michael Gesas and Leonard Gesas, both of Chicago, Ill., for appellant.

Maximilian J. St. George, of Chicago, Ill., for appellee.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

FARMERS COOPERATIVE COMPANY, WAHOO, NEBRASKA, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 10773.

Circuit Court of Appeals, Eighth Circuit.

Sept. 27, 1937.

Louis B. Montfort, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Petition to Review Decision of the United States Board of Tax Appeals dismissed without costs to either party in this court, pursuant to stipulation of parties.

FIMACOR PRODUCTS CORPORATION, as Owner of the Cargo on the Barge THE C. R. SHEFFER, Libelant-Appellee, v. ATLANTIC OVERSEAS CORPORATION, Respondent-Appellee, Schoonmaker Transportation Company, Respondent-Impleaded-Appellant.

No. 92.

Circuit Court of Appeals, Second Circuit.

Dec. 6, 1937.

Courtland Palmer, of New York City (Francis J. Ryan, Jr., of New York City, of counsel), for impleaded appellant.

Hatch & Wolfe, of New York City (Carver W. Wolfe and J. Newton Nash, both of New York City, of counsel), for respondent Atlantic Overseas Corporation.

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan, Leo F. Hanan, and Horace L. Cheyney, all of New York City, of counsel), for appellee Fimacor Products Corporation.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.